[No. 12068-2-II.   Division Two.   August 22, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. TERRY LEE CADY, *Appellant.*

Appeal from a judgment of the Superior Court for Grays

Harbor County, No. 87-1-00249-0, David E. Foscue, J., entered May 23, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Petrich, J.